**Leroy F. Harris, appellee, v. Levy Smith and Eugene F. Manns, appellants. Gen. No. 30,993.**

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard

in the third division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 13, 1926.
Brown & Brown, for appellants. Theodore Rubovits, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.